JS-6

Aaron Mills Scott (SBN 353606)
ascott@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: (612) 607-7556
Facsimile: (612) 607-7100

*Attorneys for Plaintiff*

J. David Cabello (*admitted pro hac vice*)
david@chzfirm.com
Stephanie E. Holden (*admitted pro hac vice*)
sholden@chzfirm.com
**CABELLO HALL ZINDA, PLLC**
801 Travis Street, Suite 1610
Houston, Texas 77002
Telephone: (832) 631-9990
Fax: (832) 631-9991

Rami Bachour (SBN 324844)
rbachour@bachmili.com
**BACH MILI LLP**
1800 Vine St., Ste 100
Hollywood, CA 90028
Telephone: (310) 300-8350

*Attorneys for Defendants Air Horns of Texas LLC, Texas Air Horns LLC, Jason Gabbert, Jana Hildreth, and Gerald Gabbert*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GROVER PRODUCTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>AIR HORNS OF TEXAS, LLC, ET AL,<br><br>Defendants. | Case No. 2:24-cv-08002 CAS (PDx)<br><br>**ORDER DISMISSING CASE**<br><br>Judge: Hon. Christina A. Snyder |

///

Before the Court is the Joint Stipulation for Dismissal signed by all parties.

**IT IS HEREBY ORDERED THAT:**

This case and all claims and counterclaims pleaded in it are hereby dismissed with prejudice and without costs or any other amounts awarded to any parties. The remaining schedule in this case is vacated, including any scheduled status conference.

IT IS SO ORDERED.

Date: July 16, 2026

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE